FILED 27 MAR '26 10:09 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

March 18, 2026

IRICIA SPENCER-SANCHEZ,

Plaintiff, .

v.

CONCORDE CAREER COLLEGE LPN PROGRAM;

ROBERT HARRIS; VINCENT MENO;

DEBRA COHEN; and SIRI DIXON,

Defendants.

Case No. 3:26-CV-00472-IM

PLAINTIFF'S MOTION TO CONTINUE PROCEEDINGS AND RESPONSE IN OPPOSITION TO

DEFENDANTS' MOTION TO DISMISS

## I. INTRODUCTION

Plaintiff Iricia Spencer-Sanchez respectfully submits this Motion to Continue Proceedings and Response in Opposition to Defendants' Motion to Dismiss. Plaintiff requests that the Court deny Defendants' motion to dismiss and allow this matter to proceed within the jurisdiction of the United States District Court.

Plaintiff alleges that Defendants engaged in unlawful discrimination, retaliation, and harassment based on pregnancy while Plaintiff was enrolled in the Licensed Practical Nursing ("LPN") Program at Concorde Career College. These actions constitute violations of federal protections prohibiting pregnancy discrimination in educational programs receiving federal financial assistance.

Additionally, Plaintiff respectfully requests an extension of time to allow Plaintiff to obtain legal consultation and properly respond to procedural matters, as Plaintiff is currently proceeding pro se and is unfamiliar with federal court procedures.

## II. JURISDICTION

This Court has jurisdiction over this matter because Plaintiff's claims arise under federal law, including protections against pregnancy discrimination in federally funded educational institutions.

Although Defendants have asserted that Concorde Career College is a private entity, the institution receives federal financial assistance. As such, it is subject to federal anti-discrimination laws governing educational programs receiving federal funding.

Accordingly, this Court has proper jurisdiction to adjudicate Plaintiff's claims.

## III. STATEMENT OF FACTS

During Plaintiff's enrollment in the Concorde Career College LPN Program, Plaintiff experienced multiple instances of discrimination, retaliation, and harassment related to

pregnancy.

These actions occurred between July 2025 and February 2026 and involved program administrators, instructors, and staff members responsible for oversight of the program.

IV. CLAIMS AND ALLEGATIONS

1. Discriminatory Statements by Instructor

In or around November 2025, an instructor identified as Joanne made statements in the presence of Plaintiff, other LPN students, and another pregnant student named Savannah expressing negative opinions regarding pregnant women, including comments indicating that she did not like pregnant students.

These statements were made publicly in the classroom environment and contributed to a hostile and discriminatory educational atmosphere directed toward pregnant students.

2. Denial of Pregnancy-Related Academic Accommodations

Between July 2025 and September 2025, Defendants Vincent Meno and Debra Cohen denied
Plaintiff the opportunity to make up classes missed due to pregnancy-related medical needs.

Plaintiff possesses written email communications demonstrating that requests for academic accommodation and makeup opportunities were denied despite the pregnancy-related nature of the absences.

### 3. Adverse Academic Action Related to Pregnancy

As a result of pregnancy-related absences, Plaintiff was placed on an "Attendance Warning,"
which jeopardized Plaintiff's ability to successfully complete the LPN program.

Plaintiff alleges that Defendants failed to provide reasonable accommodations or makeup opportunities for pregnancy-related absences as required under federal law.

### 4. Retaliation and Threats of Program Removal

On February 10, 2026, while Plaintiff was on medically documented maternity leave, Plaintiff received communication from program representative Rochelle M stating that Plaintiff would be unenrolled from the LPN program if required makeup hours were not completed by February 17, 2026.

This communication occurred despite Plaintiff previously providing formal notice and medical documentation indicating that her maternity leave began on February 5, 2026 due to pregnancy-related complications and a scheduled induction.

As a result of this communication, Plaintiff's academic status within the program remains unclear.

### 5. Privacy Violations Related to Medical Leave

Plaintiff alleges that Defendant Vincent Meno disclosed Plaintiff's student status and

maternity leave to the entire class while Plaintiff was absent on medical leave.

This disclosure constitutes a breach of Plaintiff's privacy and raises concerns under federal student privacy protections, including those provided under the Family Educational Rights and Privacy Act ("FERPA").

6. Retaliatory Grading Practices

During November and December 2025, Defendant Robert Harris allegedly issued Plaintiff a failing grade (zero) for clinical or laboratory days during which Plaintiff was present and actively participated in required coursework.

Plaintiff asserts that this grading decision negatively impacted Plaintiff's academic standing and was issued without legitimate justification.

V. FEDERAL FUNDING AND APPLICABILITY OF FEDERAL LAW

Defendants assert that Concorde Career College is a private entity. However, Concorde Career College receives federal financial assistance.

Institutions receiving federal funding are subject to federal anti-discrimination laws prohibiting discrimination on the basis of pregnancy in educational programs.

Accordingly, Defendants remain subject to federal oversight and legal accountability for violations of such protections.

VI. REQUEST FOR CONTINUANCE

Plaintiff respectfully requests that the Court grant additional time for Plaintiff to respond fully to Defendants' Motion to Dismiss.

Plaintiff initially filed this matter in civil court, after which Defendants moved the case to federal court. Plaintiff is currently proceeding without legal representation and seeks reasonable time to obtain legal consultation and prepare an appropriate response consistent with federal procedural requirements.

VII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Deny Defendants' Motion to Dismiss;

2. Permit this action to proceed within the jurisdiction of the United States District Court;

3. Grant Plaintiff a reasonable extension of time to obtain legal consultation and prepare a complete response to Defendants' filings; and

4. Grant any additional relief the Court deems just and proper.

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, a true and correct copy of the foregoing document was served via electronic mail and/or United States Mail upon the following:

Caleb S. Crahan

Thompson Coburn LLP

One US Bank Plaza

St. Louis, MO 63101

ccrahan@thompsoncoburn.com

Attorney for Defendants

Respectfully submitted,

Iricia Spencer-Sanchez

5114 NE 34th St. A-5

Vancouver, WA 98661

Email: Iriciaann471@gmail.com

Phone: (971) 480-1289

Plaintiff, Pro Se

3/18/2026

Tricia Spencer-Sanchez
5114 NE 34th St A-5
Vancouver, WA 98661

PORTLAND OR RPDC 972
18 MAR 2026 PM 4 L



District court
Judge Karin J Immergut
1000 S.W. 3rd Ave
Portland OR 97204

97204-293099