UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED27APR'26 11:15USDC-ORP

[Iricia Spencer-Sanchez],

Plaintiff,

v.

Concorde Career College/LPN Program, et al.,

Defendants.

Case No. [3:26-cv-00472-IM]

FILING PACKET: MOTION FOR PROTECTIVE ORDER + PROPOSED ORDER + SUPPORTING DECLARATION

I. MOTION FOR PROTECTIVE ORDER

MOTION FOR PROTECTIVE ORDER TO PROTECT TWO WITNESS IDENTITIES FROM DEFENDANTS DUE TO RETALIATION, HARASSMENT, AND ACADEMIC JEOPARDY

Plaintiff respectfully moves this Court for entry of a Protective Order pursuant to Federal Rule of Civil Procedure 26(c) to protect the identities and identifying information of two material witnesses.

RELIEF REQUESTED

Plaintiff requests an order:

Prohibiting disclosure of two witnesses' identities to Defendants Concorde Career College/LPN Program and all named Defendants;

Allowing disclosure only to defense counsel under an Attorneys' Eyes Only designation;

Redacting witness identities from all public filings;

Preventing retaliation or misuse of witness information; and

Granting any further relief the Court deems just.

FACTUAL BASIS

Plaintiff has identified two witnesses with direct knowledge of material facts in this case. Both are connected to or were recently within Concorde Career College's LPN program environment, where Defendants maintain authority over grading, scheduling, clinical assignments, and program completion.

Both witnesses have expressed credible fear that disclosure of their identities to Defendants could result in:

Retaliation affecting academic progress or program completion;

Harassment or hostile treatment within the educational environment;

Alteration of clinical assignments, grading, or scheduling; and

Professional or academic disadvantage within a controlled institutional setting.

These concerns arise in a setting where Defendants maintain ongoing supervisory and evaluative control.

LEGAL STANDARD

Under Federal Rule of Civil Procedure 26(c), the Court may issue a protective order upon a showing of good cause to protect a person from oppression, undue burden, or risk of harm.

Courts routinely grant such protections where disclosure may result in retaliation, intimidation, or interference with educational or employment status.

ARGUMENT

Good cause exists because:

Witnesses remain in a vulnerable academic environment controlled by Defendants;

Disclosure to Defendants creates a real risk of retaliation or academic interference;

Witnesses have expressed credible fear of harm; and

Limited disclosure to defense counsel preserves fairness while preventing harm.

CONCLUSION

Plaintiff respectfully requests entry of the attached Proposed Protective Order.

II. SUPPORTING DECLARATION OF PLAINTIFF

I, [Iricia Spencer-Sanchez], declare as follows:

I am the Plaintiff in this action and have personal knowledge of the facts stated herein.

I have identified two witnesses who possess direct and material knowledge relevant to this case.

These witnesses are currently or recently affiliated with Concorde Career College's LPN program environment, where Defendants maintain authority over grading, scheduling, clinical placement, and program completion.

Both witnesses have expressed serious concern that if their identities become known to Defendants or program personnel, they may face retaliation, harassment, or adverse academic consequences.

These concerns include:

Changes to grading or evaluations;

Negative treatment or hostility from staff;

Interference with required clinical or academic progress; and

Risk to completion of their program.

Based on my interactions with them, I believe these fears are genuine and reasonable given the institutional power Defendants hold over their educational progress.

Without a protective order, these witnesses may be deterred from cooperating fully and truthfully due to fear of retaliation.

Limiting disclosure of their identities to defense counsel under an Attorneys' Eyes Only designation would adequately protect them while preserving Defendants' ability to litigate this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20,2026

Iricia Spencer-Sanchez

III. PROPOSED PROTECTIVE ORDER

PROTECTIVE ORDER

IT IS HEREBY ORDERED:

1. DESIGNATION

The identities and identifying information of two witnesses ("Protected Witnesses") are designated CONFIDENTIAL – ATTORNEYS' EYES ONLY.

## 2. LIMITATION ON DISCLOSURE

Protected Witness identities:

Shall NOT be disclosed to Defendants Concorde Career College/LPN Program or any named Defendant;

May be disclosed ONLY to defense counsel of record;

Shall not be shared with Defendants, employees, agents, or staff.

## 3. ATTORNEYS' EYES ONLY RESTRICTION

Defense counsel may use this information solely for litigation purposes and shall not disclose it to their clients without further Court order.

## 4. FILING REQUIREMENTS

Any filing containing identifying information must:

Redact witness identities from public filings; and

File unredacted versions under seal if required.

## 5. NON-RETALIATION ORDER

No party may retaliate against or harass Protected Witnesses, including through:

Academic grading or evaluation changes;

Scheduling or clinical interference;

Program completion obstruction; or

Any adverse institutional treatment.

## 6. MODIFICATION

This Order may be modified only by Court order or stipulation.

## 7. AUTHORITY

This Order is entered under Federal Rule of Civil Procedure 26(c).

IT IS SO ORDERED.

Dated: April 20, 2026

Respectfully Submitted By Iricia Spencer-Sanchez

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a true and correct copy of the foregoing document was served

via electronic mail and/or United States Mail upon the following:

Caleb S. Crahan

Thompson Coburn LLP

One US Bank Plaza

St. Louis, MO 63101

ccrahan@thompsoncoburn.com

Attorney for Defendants

Respectfully submitted,

Iricia Spencer-Sanchez

5114 NE 34th St. A-5

Vancouver, WA 98661

Email: Iriciaann471@gmail.com

Phone: (971) 480-1289

Tricia Spencer-Sanchez
~~5114~~ 5114 NE 34th St. A-5
Vancouver, WA 98661
Case NO. 3:26-CV-00472-IM



Portland RPDC 97218
THU 23 APR 2026 PM

U.S. District courts
District of oregon
1000 S.W. Third Ave
Portland OR 97204