FILED19 AUG '26 12:19USDC-ORP

IRICIA SPENCER-SANCHEZ,

Plaintiff.

V.

CONCORDE CAREER COLLEGES, INC.,

Defendant

Case No. 3:26-CV-00472-IM

August 17, 2026

Amended Claim

INTRODUCTION:

I, Plaintiff Iricia Spencer-Sanchez respectfully submits this Motion to Amend original complaint in response to Judge Immergut's Order 8/12/26.

I, the Plaintiff have met the requirement regarding U.S. District Court, Local Rule 7 (LR 7) "Meet and Confer." with Defendant's Attorney Caleb Crahan pertaining to this Amended Claim 8/3/2026 and 8/17/2026. I respectfully request that the court proceed this matter due to the case being Violations of Title IX, and Violation of ORS 659.852.

STATEMENT OF FACTS:

The actions alleged occurred between July 2025 and Aug 2026 and involved program administrators, instructors, and staff members responsible for oversight of the program.

Concorde Career Colleges, INC., enforces Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 1688, and it's implementing regulation at 34 C.F.R. Part 106, which prohibit discrimination based on sex in any education program or activity operated by a recipient of Federal financial assistance from the Department. Concorde Career Colleges, INC., receives Federal Student Aid (FAFSA.)

Concorde Career Colleges, INC., enforces ORS 659.852 as a "private" education program in the State Of Oregon.

JURISDICTION AND VENUE:

This Court has jurisdiction over these matter's because Plaintiff's claims arise under federal law, including protections against pregnancy discrimination in federally funded educational institutions. Although Defendant is a private entity, the

institution receives federal financial assistance. As such, it is subject to federal anti-discrimination laws governing educational programs receiving federal funding. Accordingly, this Court has proper jurisdiction to adjudicate Plaintiff's claims.

This Court has supplemental jurisdiction over the Plaintiff's state law claim under 28 U.S.C. § 1367(a) because the claim is so related to the Plaintiff's federal law claim(s) that they form part of the same case or controversy. The state

law claim under ORS 659.852 arises directly out of the same common nucleus of operative facts as the federal claim(s), such that litigating them in a single judicial proceeding promotes judicial economy, convenience, and fairness to the litigants.

VIOLATIONS:

Count 1: Denial of Pregnancy-Related Academic Accommodations

Between July 2025 and September 2025, Concorde Career Colleges, INC., Denied Plaintiff the opportunity to make up classes missed due to pregnancy-related medical needs. Plaintiff possesses written email communications between Staff show that requests for academic accommodation and makeup opportunities were denied despite the pregnancy-related nature of the absences. Violating Title IX Specifically:

Excused Absences and Medical Leave

Your school MUST:

- Excuse absences due to pregnancy or childbirth for as long as your doctor says it is necessary.
- Allow you to return to the same academic and extracurricular status as before your medical leave began, which should include giving you the opportunity to make up any work missed while you were out.
- Ensure that teachers understand the Title IX requirements related to excused absences/medical leave. Your teacher may not refuse to allow you to submit work after a deadline you missed because of pregnancy or childbirth. If your teacher's grading is based in part on class participation or attendance and you missed class because of pregnancy or childbirth, you should be allowed to make up the participation or attendance credits you didn't have the chance to earn.
- Provide pregnant students with the same special services it provides to students with temporary medical conditions. This includes homebound instruction/at-home tutoring/independent study.

As a result of pregnancy-related absences, Plaintiff was placed on an "Attendance Warning," and denied any opportunity to makeup absences or course work between July 2025-Nov 2025. Defendant failed to provide reasonable accommodations or makeup opportunities for pregnancy-related absences as required under federal law and title IX.

Failure to offer Interactive process:

Concorde Career Colleges, INC., did not offer an interactive process with the Plaintiff to provide her with academic adjustments and/or related services during her pregnancy in the same manner that the College provides to students with temporary medical conditions.

Count 2: Discriminatory Statements by Staff

In or around November 2025, staff at Concorde Career Colleges, INC., Made discriminatory statements/and remarks in presence of Plaintiff and other students, expressing negative opinions regarding pregnant women, including comments stating "the individual did not like pregnant students." These statements were made publicly in the classroom environment and contributed to a hostile and discriminatory educational atmosphere directed toward pregnant students.

Count 3: Retaliation and Threats of Program Removal

Retaliatory conduct followed after Student engaged in Protected rights regarding Title IX and filed formal complaints with Concorde Career Colleges, INC., internally and state officials overseeing program externally

Retaliation Prohibited — Violation of ORS 659.852

0ORS 659A.885

1. Plaintiff re-alleges and incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein.
2. At all times relevant to this action, Defendant was an "education program" as defined by ORS 659.852(1)(a) operating within the State of Oregon, and Plaintiff is a enrolled student at said institution.
3. On or about (11/2025), Plaintiff in good faith reported information that Plaintiff reasonably and honestly believed was evidence of a violation of a state or federal law, rule, or regulation, specifically: (Violation of Title IX).
4. Following and as a direct result of Plaintiff's good faith report, Defendant subjected Plaintiff to unlawful retaliation in violation of ORS 659.852(2) by (unfair grading practices, refusal to give credit for classroom participation/lab days, no credit on assignments).
5. Defendant's retaliatory conduct was a direct, proximate cause of substantial academic, professional, and economic harm to Plaintiff, as well as severe emotional distress.
6. Pursuant to ORS 659.852(3) and ORS 659A.885, Plaintiff is entitled to bring this civil action and respectfully requests that this Court award compensatory damages, equitable relief, and reasonable attorney fees.

On February 10, 2026, while Plaintiff was on medically documented maternity leave, Plaintiff received communication from Concorde Career Colleges, INC., that Plaintiff would be "unenrolled from the LPN program if required makeup hours were not completed by February 17, 2026."

This communication occurred despite Plaintiff previously providing formal notice and medical documentation to Concorde Career Colleges, INC., indicating that Plaintiff's maternity leave began on February 5, 2026 due to pregnancy-related complications and a scheduled induction.

Retaliatory Grading Practices:

During November and December 2025, Staff issued Plaintiff a failing grade (zero) for clinical or laboratory days during which Plaintiff was present and actively participated in required coursework. Plaintiff asserts that this grading decision negatively impacted Plaintiff's academic standing and was issued without legitimate justification. Plaintiff continues to receive unfair grading practices and retaliatory misconduct from staff. Most recent date (s):

April 27, 2026: Plaintiff received no grade on end of course work despite completing and turning in necessary documents required for participation and grading.

August 13, 2026: Plaintiff was removed from class following a incident of refusal to sign incorrect documentation after asking for the correct documentation to sign pertaining to grades and hours and midterm evaluation.

Enacted as part of the Education Amendments of 1972, Title IX states:

"No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance."

In practice, Title IX applies to:

- Public K–12 schools
- Public colleges and universities
- Many private schools that receive federal funding

Title IX prohibits sex-based discrimination in education, including areas such as:

- Admissions and academic programs
- Athletics
- Sexual harassment and sexual violence
- Pregnancy and related conditions
- Employment in educational institutions (in certain circumstances)

Retaliation: Schools may not retaliate against someone because they:

  - Reported possible sex discrimination or harassment.
  - Filed a Title IX complaint.
  - Participated as a witness in a Title IX investigation or hearing
  - Exercised rights protected by Tile IX.

CONCLUSION:

Because Concorde Career Colleges, INC., failed to comply with applicable Title IX federal laws and regulations and ORS 659.852, Plaintiff contends that she was subjected to unlawful and discriminatory treatment that caused significant harm. As a direct and foreseeable result of Concorde Career Colleges, INC., conduct, Plaintiff suffered severe emotional distress, anxiety, pain, and suffering, including concerns and distress affecting her and her unborn fetus during a relevant period. Plaintiff further contends that she received negative and/or adverse grading that was inconsistent with her academic performance and that materially affected her overall course grade and GPA.

Accordingly, Plaintiff seeks appropriate relief and damages for the injuries and losses sustained as a result of Concorde Career Colleges, INC., alleged violations, including compensation for emotional distress, pain and suffering, academic harm, and any other damages or remedies available under applicable federal and Oregon law. Plaintiff respectfully requests that the Court consider the full extent of the harm caused by Defendants' conduct and award such relief as the Court deems just and proper.

Compensatory damages requested:

- Amount of $30,000 for Emotional distress, mental anguish, anxiety, and humiliation resulting from violations. Pain and suffering

Equitable relief:

- Removal of disciplinary actions or unexcused absences from student record
- Changes to institutional policies or practices regarding pregnancy and make-up

Declaratory and injunctive relief:

- A court declaration that the institution violated rights
- An order requiring the institution to comply with Title IX or stop retaliatory conduct

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, a true and correct copy of the foregoing document

was served via electronic mail and/ or United States Mail upon the following:

Caleb S. Crahan

Thompson Coburn LLP

One US Bank Plaza

St. Louis, MO 63101

ccrahan@thompsoncobum.com

Attorney for Defendants

Respectfully submitted,

Iticia Spencer-Sanchez

5114 NE 34th St. A-5

Vancouver, WA 98661

Email: lriciaann47l@gmail.com

Phone: (971) 480-1289

Plaintiff, Pro Se

8/17/2026

Pg. 1.

Textbooks and Curricular Materials

8:16

Nothing herein either prohibits or requires the use of any particular textbook or curricular materials, nor infringes upon academic freedom of faculty to create a syllabus or select materials for a course. If however, materials are found upon investigation to exert a discriminatory impact on the basis of age, sex, sexual orientation, marital status, disability, national origin, race, or religion, the post-secondary education programs and divisions shall make a reasonable effort to make available supplemental alternative nondiscriminatory materials.

**Statutory/Other Authority:** ORS 659.850
**Statutes/Other Implemented:** ORS 659.850
**History:**
HECC 1-2018, adopt filed 01/04/2018, effective 01/04/2018

**715-011-0060**
**Retaliation Prohibited**

A student of a career school, a post-secondary education program or a private college or university may not be subjected to retaliation for the reason that the student has in good faith reported information that the student believes is evidence of a violation of a state or federal law, rule or regulation.

**Statutory/Other Authority:** ORS 659.852
**Statutes/Other Implemented:** ORS 659.852
**History:**
HECC 1-2018, adopt filed 01/04/2018, effective 01/04/2018

**715-011**
**Require**

Copy Find Selection

Each post-secondary education program and career school shall promptly adopt and publicize, and shall maintain, written procedures for resolution of complaints of discrimination or retaliation.

**Statutory/Other Authority:** ORS 345.240, ORS 659.850 & ORS 659.860
**Statutes/Other Implemented:** ORS 659.850, ORS 354.120 & ORS 659.852
**History:**
HECC 1-2018, adopt filed 01/04/2018, effective 01/04/2018

**715-011-0070**
**Investigation of Career Schools**

(1) Upon the written complaint of any person or pursuant to the Commission's own motion, the Commission or its delegate may investigate the actions of any career school or agent or any person who assumes to act in either capacity within this state.

(2) ... rece... 's ru... s

.sos.state.or.us

https://www.ed.gov/laws-and-policy/civil-rights-laws/title-ix-and-sex-discrimination/title-ix-key-issues/know-your-rights-pregnant-or-parenting-title-ix-protects-you-discriminati

[redacted]

[redacted]

Title IX of the Education Amendments of 1972 ("Title IX"), 20 U.S.C. §1681 *et seq.*, is a Federal civil rights law that prohibits discrimination on the basis of sex—including pregnancy and parental status—in educational programs and activities.

All public and private schools, school districts, colleges, and universities receiving any Federal funds ("schools") must comply with Title IX.[*]

Pg. 2

https://www.ed.gov/laws-and-policy/civil-rights-laws/title-ix-and-sex-discrimination/title-ix-key-issues/know-your-rights-pregnant-or-parenting-title-ix-protects-you-discrim...

Higher Ed Adult Programs Birth to Grade 12 Education Teaching & Admin Grants & Programs Laws & Policy

HOME / LAWS AND POLICY / CIVIL RIGHTS LAWS / TITLE IX AND SEX DISCRIMINATION / TITLE IX KEY ISSUES

# Know Your Rights: Pregnant or Parenting? Title IX Protects You From Discrimination At School

Title IX of the Education Amendments of 1972 ("Title IX"), 20 U.S.C. §1681 *et seq.*, is a Federal civil rights law that prohibits discrimination on the basis of sex—including pregnancy and parental status—in educational programs and activities

All public and private schools, school districts, colleges, and universities receiving any Federal funds ("schools") must comply with Title IX.

**Here are some things you should know about your rights:**

## Classes and School Activities

Your school MUST:

- Allow you to continue participating in classes and extracurricular activities even though you are pregnant. This means that you can still participate in advanced placement and honors classes, school clubs, sports, honor societies, student leadership opportunities, and other activities, like after-school programs operated at the school.
  - Allow you to choose whether you want to participate in special instructional programs or classes for pregnant students. You can participate if you want to, but your school cannot pressure you to do so. The alternative program must provide the same types of academic, extracurricular and enrichment opportunities as your school's regular program
- Allow you to participate in classes and extracurricular activities even though you are pregnant and not require you to submit a doctor's note unless your school requires a doctor's note from all students who have a physical or emotional condition requiring treatment by a doctor. Your school also must not require a doctor's note from you after you have been hospitalized for childbirth unless it requires a doctor's note from all students who have been hospitalized for other conditions.
- Provide you with reasonable adjustments, like a larger desk, elevator access, or allowing you to make frequent trips to the restroom, when necessary because of your pregnancy.

## Excused Absences and Medical Leave

Your school MUST

- Excuse absences due to pregnancy or childbirth for as long as your doctor says it is necessary
- Allow you to return to the same academic and extracurricular status as before your medical leave began, which should include giving you the opportunity to make up any work missed while you were out
- Ensure that teachers understand the Title IX requirements related to excused absences/medical leave. Your teacher may not refuse to allow you to submit work after a deadline you missed because of pregnancy or childbirth. If your teacher's grading is based in part on class participation or attendance and you missed class because of pregnancy or childbirth, you should be allowed to make up the participation or attendance credits you didn't have the chance to earn
- Provide pregnant students with the same special services it provides to students with temporary medical conditions. This includes homebound instruction/at home tutoring/independent study

Page 3

oregonlegislature.gov/bills_laws/ors/ors659.html

(a) At or prior to the time of advancing such transportation or other benefits, the employer has delivered a duplicate to such laborer or has filed in duplicate with the employment agency through which any such laborer is secured, one copy of which shall be delivered to such laborer, a written or printed statement setting forth the wages to be paid, the character of the work to be performed, and the living and working conditions; and

(b) The wages to be paid, the character of the work to be performed and the living and working conditions are as represented in such written or printed statement. [Formerly 659.210]

PROHIBITED DISCRIMINATION

(Discrimination in Education)

**659.850 Discrimination in education prohibited; rules.** (1) As used in this section:

(a)(A) "Discrimination" means any act that unreasonably differentiates treatment, intended or unintended, or any act that is fair in form but discriminatory in operation, either of which is based on race, color, religion, sex, sexual orientation, gender identity, national origin, marital status, age or disability.

(B) "Discrimination" does not include enforcement of an otherwise valid dress code or policy, as long as the code or policy:

(i) Provides, on a case-by-case basis, for reasonable accommodation of an individual based on the health and safety needs of the individual; and

(ii) Does not have a disproportionate adverse impact on members of a protected class to a greater extent than the policy impacts persons generally.

(b) "Race" includes physical characteristics that are historically associated with race, including but not limited to natural hair, hair texture, hair type and protective hairstyles as defined in ORS 659A.001.

(2) A person may not be subjected to discrimination in any public elementary, secondary or community college education program or service, school or interschool activity or in any higher education program or service, school or interschool activity where the program, service, school or activity is financ whole or in part by moneys appropriated by the Legislative Assembly.

(3) The State Board of Education and the Higher Education Coordinating Commission shall establish rules necessary to ensure compliance with subsection (2) of this section in the manner required by ORS chapter 183. [Formerly 659.150; 2007 c.100 §29; 2013 c.747 §182; 2015 c.768 §14e; 2021 c.259 2021 c.367 §32]

**659.852 Retaliation against student prohibited.** (1) As used in this section:

(a) "Education program" means an education program provided by:

(A) A school district;

(B) A public charter school;

(C) An education service district;

(D) A long term care or treatment facility, as described in ORS 343.961;

(E) The Youth Corrections Education Program;

(F) The Oregon School for the Deaf;

(G) An approved recovery school, as defined in ORS 336.680;

(H) A community college operated under ORS chapter 341;

(I) A public university listed in ORS 352.002;

(J) A career school;

(K) A private school; or

(L) A private college or university.

(b) "Retaliation" means suspension, expulsion, disenrollment, grade reduction, denial of academic or employment opportunities, exclusion from academic or extracurricular activities, denial of access to transcripts, threats, harassment or other adverse action that substantially disadvantages a student in academic, employment or extracurricular activities.

(2) A student of an education program may not be subjected to retaliation by an education program for the reason that the student has in good faith reported information that the student believes is evidence of a violation of a state or federal law, rule or regulation.

(3) A student, or a parent or guardian of a student under 18 years of age, who alleges a violation of subsection (2) of this section may bring a civil action under ORS 659A.885. [2015 c.434 §2; 2023 c.513 §19]

studentaid.gov/h/apply-for-aid/fafsa

An official website of the United States government.

Get Help FAFSA Form English Español

Federal Student Aid FAFSA® Form Grants and Loans Loan Repayment Loan Discharge Log In | Create Account

## Get Money To Help Pay for School

Use the *Free Application for Federal Student Aid* (FAFSA®) form to apply for financial aid for college, career school, or graduate school.

Start New Form | Edit Existing Forms | Accept an Invitation

FAFSA® form

**2027–28 FAFSA® Form Coming Soon!**

Learn about the timeline for the 2027–28 form.